# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| OLENA OBLAMSKA, a/k/a "LOLA FERRARI" | ) | Case No. 3:23-cr-57-IM-02 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* OLENA OBLAMSKA, a/k/a "LOLA FERRARI",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Wire Fraud

Date: 02/22/2023

City and State: Portland, Oregon

s/E.Potter
*Issuing officer's signature*

E.Potter, Deputy Clerk
*Printed name and title*

## Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 5/11/26
at *(city and state)* Portland, OR

Date: 2/22/2023

*Arresting officer's signature*
E.N.Hi

*Printed name and title* Eric Hixon FBI
Special Agent