# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

UNITED STATES OF AMERICA,                    Case No.:   3:3:23-cr-00057-IM-2

v.                                 DETENTION ORDER

OLENA OBLAMSKA


The Government met its burden to hold a detention hearing under 18 USC 3142(f)(2).  Defendant sought a continuance to hold a detention hearing.  Defendant is detained pending a detention hearing.


Dated: May 17, 2026

_____
Honorable Jeff Armistead
United States Magistrate Judge


DETENTION ORDER